### 36610. TODD v. SPEARS et al.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur, except Gregory, J., not participating.*

DECIDED JANUARY 16, 1981.

*Hulbert, Daniel & Lawson, D. P. Hulbert, Tom W. Daniel,* for appellant.

*Charles R. Free, O. L. Crumbley, Jr.,* for appellees.